USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9-6-16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

           Plaintiff,

- against -

NORTH HILLS MANAGEMENT, LLC, and
MARK EVAN BLOOM,

           Defendants,

- and -

NORTH HILLS, LP, and
LAUREN BLOOM,

           Relief Defendants.

-------------------------------------------------------------x

09 CV 1746 (JGK)
ECF CASE

## FINAL JUDGMENT AS TO DEFENDANT MARK EVAN BLOOM AND NORTH HILLS MANAGEMENT, LLC

The Securities and Exchange Commission having filed a Complaint and Defendants Mark Evan Bloom ("Bloom") and North Hills Management, LLC ("North Hills") (together, "Defendants") having entered a general appearance; consented to the Court's jurisdiction over them and the subject matter of this action; consented to entry of this Final Judgment; waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants are liable for disgorgement of $30,563,790.07, representing profits gained as a result of the conduct alleged in the Complaint. This disgorgement is deemed satisfied by the criminal restitution order entered against Bloom on January 16, 2016, in *United States of America v. Mark Bloom*, No. 1:09-cr-00367 (JGK) (S.D.N.Y.).

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. §523, the allegations in the complaint are true and admitted by Defendant Bloom, and further, any debt for disgorgement, prejudgment interest, civil penalty or other amounts due by Defendant Bloom under this Final Judgment or any other judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for the violation by Defendant Bloom of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. §523(a)(19).

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendants shall comply with all of the undertakings and agreements set forth therein.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

V.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: 9/4, 2016

_____
UNITED STATES DISTRICT JUDGE